UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTHONY SALMON,

        Plaintiff,

v.                                         Case No. 06-C-761

DR. DAVID RITZOW, et al.,

        Defendants.

**ORDER**

Plaintiff has filed a motion for reconsideration of my order dismissing his case. I concluded that his complaint stated a negligence claim against the defendants but did not present any basis for federal jurisdiction. He now seeks to amend the complaint to add a party, but that would still not provide federal jurisdiction because his proposed amended complaint still states only a claim for negligence. Negligence is not a claim arising under federal law, nor are all (or even any) of the defendants out-of-state residents, which means there is no basis for diversity jurisdiction. His complaint was dismissed without prejudice, so he may file his claim in state court if he wishes to pursue it. The motion for reconsideration (docket #10), however, is denied. The motion for an extension of time (docket #9) is denied as moot.

**SO ORDERED** this   28th   day of August, 2006.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach
                                                                 United States District Judge